JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

VOLODYA OHANJANYAN, an individual,

      Plaintiffs,

vs.

KIA AMERICA, INC., a California Corporation; VAN NUYS LLC, a California Limited Liability Company; and DOES 1 through 30, inclusive,

      Defendants.

Case No.:
2:24−cv−9934−MEMF(AYPx)

**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE [ECF NO. #25]**

Complaint filed: September 26, 2024
Removal filed: November 14, 2024

On March 17, 2026, Plaintiff VOLODYA OHANJANYAN, an individual ("Plaintiff") and Defendants KIA AMERICA, INC., a California Corporation; VAN NUYS LLC, a California Limited Liability Company ("Defendants," collectively with Plaintiff referred to as the "Parties") filed a Stipulation of Dismissal with Prejudice.

The Court, having considered Parties' Stipulation of Dismissal with Prejudice and finding good cause therefore, hereby GRANTS the Stipulation and ORDERS as follows:

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, dismissal of this entire action with prejudice is entered.  All issues pertaining to the case, including the claim for attorney's fees, costs, and expenses have been resolved through the parties'

-1-
ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE

settlement. Plaintiff shall recover no further damages, attorney's fees, costs, or expenses from Defendants.

The action shall be dismissed with prejudice.

IT IS SO ORDERED

DATED: March 18, 2026

_____

MAAME EWUSI- MENSAH FRIMPONG
United States District Judge

-2-
[PROPOSED] ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE